Mejia v Tu Stilo Salon Spa (2026 NY Slip Op 50034(U))

[*1]

Mejia v Tu Stilo Salon Spa

2026 NY Slip Op 50034(U)

Decided on January 15, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on January 15, 2026
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Tisch, Perez, JJ.

571471/25

Tania M. Mejia, Plaintiff-Appellant,
againstTu Stilo Salon Spa, Defendant-Respondent.

Plaintiff, as limited by her brief, appeals from so much of a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Rena Malik, J.), entered on or about January 30, 2025, after trial, as limited her recovery of damages to the principal sum of $400.00.

Per Curiam.
Judgment (Rena Malik, J.), entered on or about January 30, 2025, affirmed, without costs.
The amount of the damage award issued in plaintiff's favor upon the trial of this small claims action achieved "substantial justice" (CCA 1804, 1807) and was neither inadequate nor unreasonable. There is no record support for any additional recovery, particularly in the absence of competent evidence establishing that the spa services rendered were defective and sufficient proof of damages beyond the amount paid.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 15, 2026